AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MIKHAIL SOLOVEV<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.  **8:24MJ1459SPF** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  **November 2023 - March 2024**  in the county of  **Sarasota**  in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud (18 U.S.C. § 1343) |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Eduardo Selman*
Complainant's signature

FBI SA Eduardo Selman
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 3/22/2024

City and state: Tampa, Fl

Judge's signature

SEAN P. FLYNN, U.S. Magistrate Judge
Printed name and title