# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No. 8:24-mj-01459-SPF

**MIKHAIL SOLOVEV**

_____/

## MOTION TO WITHDRAW

The Defendant, MIKHAIL SOLOVEV, by and through the undersigned attorney, hereby files a motion for his attorney to withdraw as counsel of record in this cause and states the following:

1. The Office of the Federal Public Defender was appointed to represent the Defendant on March 25, 2024, at the Defendant's Initial Appearance. (Docs. 7, 11)

2. On April 17, 2024, Mr. Bjorn Brunvand, Esquire, filed a Notice of Appearance as Mr. Solovev's counsel. (Doc. 17)

3. In light of Mr. Brunvand's Notice of Appearance, the Office of the Federal Defender should be allowed to withdraw from the case.

4. Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant. A copy of this motion will be provided to Mr. Solovev.

1

WHEREFORE, the undersigned counsel hereby requests permission to withdraw as counsel and for recognition of Mr. Brunvand as counsel for Mr. Solovev.

>Respectfully submitted,
>
>A. FITZGERALD HALL, ESQ.
>FEDERAL DEFENDER
>
>*/s/ Adam B. Allen*
>Adam B. Allen, Esq.
>Assistant Federal Defender
>Florida Bar No. 0998184
>400 North Tampa Street
>Suite 2700
>Tampa, FL 33602
>Telephone:  (813) 228-2715
>Facsimile:   (813) 228-2562
>Email:  adam_allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Shankar Ramamurthy

>*/s/ Adam B. Allen*
>Adam B. Allen, Esq.
>Assistant Federal Defender

2